JS-6

Gregory J. Myers, Pro Hac Vice
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:  612-339-6900
Facsimile:    612-339-0981
E-mail:  gjmyers@locklaw.com

Jonathan Rotter, SBN 234137
Pavithra Rajesh, SBN 323055
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  310-201-9150
E-mail: info@glancylaw.com

Attorneys for Plaintiff Lightside
Technologies, LLC,

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHTSIDE TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SUNBRITETV, LLC,<br><br>Defendant. | CASE NO.:   CV 20-11484-GW-JCx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

Pursuant to stipulation by the parties, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated: March 8, 2021

_____
HON. GEORGE H. WU,
United States District Judge

- 1 -
**ORDER FOR DISMISSAL**